O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT GILLESPIE, | ) | CASE NO. CV 08-04149 RGK (RZ) |
| Plaintiff, | ) ) | ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) ) ) | |
| TERI PATTERSON, ET AL., | ) ) | |
| Defendants. | ) ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and adopts its findings and recommendations.

DATED: October 30, 2008

*Gary Klausner*

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE