**O**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT GILLESPIE, | ) | CASE NO. CV 08-04149 RGK (RZ) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| TERI PATTERSON, ET AL., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed.

DATED: October 30, 2008

_____

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE